AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts Southern District of Texas
FILED
*October 20, 2022*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Isidro Crispin MARTINEZ (YOB: 1976) USC<br><br>*Defendant(s)* | Case No. **M-22-2050-M** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/20/2022__ in the county of __Hidalgo__ in the __SOUTHERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy to Commit Possession with Intent to Distribute knowlingly and intentionally conspire to possess with the intent to distribute a controlled substance, approximately 22.5 kilograms of cocaine, a schedule II controlled substance |

This criminal complaint is based on these facts:
(SEE ATTACHMENT A)

☑ Continued on the attached sheet.

Approved by AUSA Robert Guerra

Attested to telephonically by the applicant in accordance with the requirements of Fed. R. Crim. P.4.1 and Probable cause found on: October 20, 2022  **9:28 PM**

~~Sworn to before me and signed in my presence.~~

Date: ~~10/20/2022~~

City and state: McAllen, Texas

/s/ Ileen Torres
*Complainant's signature*

Ileen Torres, Special Agent, DEA
*Printed name and title*

*Judge's signature*

Nadias S. Medrano, Magistrate Judge
*Printed name and title*

ATTACHMENT A

On October 20, 2022, Hidalgo County Constable Precinct 4 Deputy Alfonso Fuentes conducted an independent probable cause traffic stop; TRC. 545.062(a) Following Distance, on a 2022 beige Nissan Frontier bearing Texas license plate RSJ-2834 south of Mile 9 on Ware road in the city of McAllen Texas. Officer Fuentes identified the driver as Isidro Crispin MARTINEZ. During Officer Fuente's traffic stop investigation, Officer Fuentes requested a search of MARTINEZ' vehicle, which MARTINEZ provided a written consent. A search of MARTINEZ' vehicle resulted in the findings of twenty packages of cocaine located in a black duffle bag in the rear passenger floor board. Deputy Fuentes asked MARTINEZ what was in the black duffle bag to which MARTINEZ admitted the packages were cocaine. MARTINEZ was placed under arrest and transported to the Hidalgo County HIDTA Office.

On the same date, DEA SA Ileen Torres and TFO Osiel Reyes proceeded to the Hidalgo County HIDTA Office to interview MARTINEZ, which MARTINEZ requested an attorney and denied to speak to Agents.

MARTINEZ was then transported to the McAllen DEA Office for further processing. Agents weighed the 20 packages for a total weight of 22.5 kilograms. A field test of one package from the 20 packages was tested, and resulted in a positive test for cocaine.